THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAFIK HASSANE, Appellant. [51 NYS3d 408]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles H. Solomon, J.), rendered October 6, 2015, said appeal having been argued by counsel for the respective parties, due delibera-

tion having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Gische, Kahn and Gesmer, JJ.